UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.                              Case No. 8:18-cv-1600-T-33MAP

LINCOLN LAND DEVELOPMENT, LLC,
ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Notice of Pendency of Other Actions (Doc. # 12), filed on July 16, 2018. In the Notice, Plaintiff identifies "8:17-cv-1559-JDW-TBM, which was filed in this Court and voluntarily dismissed on August 1, 2017."

Local Rule 1.03(d) explains that "the judge to whom any case is assigned may, at any time, reassign the case to any other consenting judge for any limited purpose or for all further purposes." Local Rule 1.04(a) states, "Whenever a case, once docketed and assigned is terminated by any means and is thereafter refiled without substantial change in issues or parties, it shall be assigned, or reassigned if need be, to the judge to whom the original case was assigned."

With the consent of Judge Whittemore, and upon consideration of Local Rules 1.03(d) and 1.04(a), M.D. Fla.,

this Court hereby transfers this case to Judge Whittemore for all further proceedings.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to reassign this case to Judge Whittemore, with his consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of July 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE